**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00995-CV

**IN RE J.C. PENNEY COMPANY, INC., ET AL., Relators**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

## ORDER

The Court **ORDERS** the parties to file another joint status report regarding this proceeding within thirty days of the date of this order.

/s/     KERRY P. FITZGERALD
JUSTICE